## VINCENT COLON *v.* COMMISSIONER OF CORRECTION

The petitioner Vincent Colon's petition for certification for appeal from the Appellate Court, 55 Conn. App. 763 (AC 19004), is denied.

*Sandra Crowell,* deputy assistant public defender, in support of the petition.

*Frederick W. Fawcett,* senior assistant state's attorney, in opposition.

Decided January 19, 2000

## STATE OF CONNECTICUT *v.* KUN N. LEE

The defendant's petition for certification for appeal from the Appellate Court (AC 19731) is denied.

*Thomas Simones,* in support of the petition.

*Susan C. Marks,* assistant state's attorney, in opposition.

Decided January 19, 2000

## NATIONAL WESTMINSTER BANK *v.* PETER J. GOULD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 903 (AC 18842), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Alexander Scheirer,* in support of the petition.

*Craig S. Taschner,* in opposition.

Decided January 12, 2000